## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART                                               PLAINTIFF
ADC #151956

v.                        NO. 5:13CV00381 JLH/BD

RAY HOBBS, et al.                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE